AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| LAST BRAND, INC. dba QUINCE, a Delaware Corporation<br><br>*Plaintiff(s)*<br>v.<br>DECKERS OUTDOOR CORPORATION, a Delaware Corporation<br><br>*Defendant(s)* | Civil Action No. 3:26-cv-01540   SVK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Deckers Outdoor Corporation
250 Coromar Dr
Goleta, CA 93117

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Xinlin Li Morrow (SBN 281707)
Morrow Ni LLP
3333 Michelson Dr Ste 300
Irvine, CA 92612
(213) 282-8166

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Mark B. Busby

Date:  2/23/2026                                                 *Felicia Brown*   Felicia Brown
                                                                                         *Signature of Clerk or Deputy Clerk*