**MORROW NI LLP**
Xinlin Li Morrow (SBN 281707)
xinlin@moni.law
Ryan McMenamin (*Pro Hac Vice Forthcoming*)
ryan@moni.law
3333 Michelson Dr Ste 300
Irvine, CA 92612
Phone: (213) 282-8166

*Attorneys for Last Brand, Inc., d/b/a Quince*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAST BRAND, INC. D/B/A QUINCE, A DELAWARE CORPORATION,<br><br>*Plaintiff,*<br><br>vs.<br><br>DECKERS OUTDOOR CORPORATION, A DELAWARE CORPORATION,<br><br>*Defendant.* | Case No. 26-CV-1540-SVK<br><br>**PLAINTIFF'S NOTICE OF FILING OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12** |

**PLAINTIFF'S NOTICE OF FILING OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12**

Case No. 26-CV-1540-SVK

TO THE HONORABLE COURT AND TO ALL PARTIES:

PLEASE TAKE NOTICE THAT, pursuant to Civil Local Rule 3-12(b), Plaintiff Last Brand, Inc. d/b/a Quince ("Quince") hereby notifies the Court that on February 23, 2026, Quince filed an Administrative Motion to Consider Whether Cases Should Be Related ("Administrative Motion") in the lowest-numbered related action, *Deckers Outdoor Corporation v. Last Brand, Inc. d/b/a Quince*, Case No. 3:23-cv-04850-AMO-LJC (N.D. Cal.), pending before the Honorable Araceli Martínez-Olguín.

A copy of the Administrative Motion filed in Case No. 3:23-cv-04850-AMO-LJC is attached herewith as Exhibit A.

DATED: February 23, 2026.

By: */s/ Xinlin Li Morrow*
Xinlin Li Morrow
xinlin@moni.law
MORROW NI LLP
3333 Michelson Drive, Suite 300
Irvine, California 92612
(213) 282-8166

*Attorneys for Plaintiff*

**PLAINTIFF'S NOTICE OF FILING OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12** - 1

Case No. 26-CV-1540