SHEPPARD MULLIN RICHTER & HAMPTON LLP
KENT R. RAYGOR, Cal Bar No. 117224
kraygor@sheppard.com
1901 Avenue of the Stars, 16th Floor
Los Angeles, California  90067-6055
Telephone:  310.228.3700
Facsimile:   310.228.3701

JOSHUA D.N. HESS, Cal. Bar No. 244115
jdhess@sheppard.com
JOY O. SIU, Cal. Bar No. 307610
jsiu@sheppard.com
Four Embarcadero Center, 17th Floor
San Francisco, California  94111
Telephone:  415.434.9100
Facsimile:   415.434.3947

ANN O'BRIEN, DC Bar No. 469594 (*pro hac vice*)
AOBrien@sheppard.com
TIMOTHY J. BENEDICT, DC Bar No. 90008930 (*pro hac vice*)
tbenedict@sheppard.com
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC  20006-6801
Telephone:  202.747.1900
Facsimile:   202.747.1901

Attorneys for Defendant
DECKERS OUTDOOR CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LAST BRAND, INC., D/B/A QUINCE, A DELAWARE CORPORATION , <br><br> Plaintiff, <br><br> v. <br><br> DECKERS OUTDOOR CORPORATION, A DELAWARE CORPORATION, <br><br> Defendant. | Case No. 5:26-cv-01540-SVK <br><br> **STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME [L.R. 6-2]** <br><br> AS MODIFIED BY THE COURT |

SMRH:4928-9639-6701.1                    STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME [L.R. 6-2]

Pursuant to Civil L.R. 6-1(b), Civil L.R. 6-2, and Civil L.R. 7-12, Plaintiff Last Brand, Inc. d/b/a Quince ("**Plaintiff**") and Defendant Deckers Outdoor Corporation, ("**Deckers**") (together, the "**Parties**"), by and through their undersigned counsel of record, respectfully submit this Stipulation to enlarge the briefing schedule for Deckers' pending Motion to Dismiss [ECF No. 19].  This Stipulation is based on the following recitals:

WHEREAS, on February 20, 2026, Plaintiff filed its Complaint in this action in the United States District Court for the Northern District of California;

WHEREAS, Deckers filed its Motion to Dismiss on March 20, 2026 and set the Motion to Dismiss for hearing on April 28, 2026;

WHEREAS, the current deadline for Plaintiff file its Opposition to the Motion to Dismiss is April 3, 2026, and the deadline for Deckers to file its Reply is April 10, 2026;

WHEREAS, Plaintiff's lead counsel has had a medical event that requires additional time to respond to the Motion to Dismiss;

WHEREAS, the Parties have met and conferred and agree that good cause exists to enlarge the briefing schedule on Defendants' Motion to Dismiss given Plaintiff's counsel's condition, and because enlargement will ensure that the Parties have sufficient time to brief the Motion to Dismiss to facilitate efficient resolution of this matter;

WHEREAS, the only deadline that has been set in this matter is for the Parties' first Case Management Statement, due on May 26, 2026, in advance of the Initial Case Management Conference set for June 2, 2026;

WHEREAS, enlarging the briefing schedule on Defendants' Motion to Dismiss will not otherwise affect the schedule for the case;

WHEREAS, no other extensions have been previously granted in this matter;

STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME [L.R. 6-2]

Case No. 5:26-cv-01540-SVK

NOW, THEREFORE, the Parties stipulate and agree, subject to Court approval, that:

1.    Plaintiff's Opposition to Deckers' Motion to Dismiss shall be filed on May 1, 2026;

2.    Deckers' Reply to Plaintiff's Opposition shall be filed on May 15, 2026;

The April 28, 2026 hearing on the Motion to Dismiss is VACATED.

3.    ~~The hearing for the Motion to Dismiss shall be on or after June 2, 2026 at~~ The Court will reset the hearing if necessary. ~~10:00 a.m., subject to the Court's availability~~; and

4.    The briefing schedule shall be governed by this stipulation as opposed to Rule 7-3 of the Northern District Local Rules.

5.  The June 2, 2026 Initial Case Management Conference is VACATED, to be reset following a ruling on the Motion to Dismiss.

**IT IS SO STIPULATED AND AGREED.**

Dated: April 1, 2026          SHEPPARD MULLIN RICHTER & HAMPTON LLP

By _____
          */s/ Joshua D.N. Hess*
          JOSHUA D.N. HESS

          Attorneys for Defendant
          DECKERS OUTDOOR CORPORATION

Dated: April 1, 2026          MORROW NI LLP

By _____
          */s/ Xinlin Li Morrow*
          XINLIN LI MORROW

          Attorneys for Plaintiff
          LAST BRAND, INC., D/B/A QUINCE

-2-                                        Case No. 5:26-cv-01540-SVK

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(i), I hereby attest that Plaintiff's counsel listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: April 1, 2026                    SHEPPARD MULLIN RICHTER & HAMPTON LLP

By          /s/ Joshua D.N. Hess
                JOSHUA D.N. HESS

AS MODIFIED

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April 2, 2026          _Susan van Keul_
                              United States Magistrate Judge

-3-                                Case No. 5:26-cv-01540-SVK